NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICO S. YOUNG,                              )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D18-3965
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark Kiser,
Judge.


PER CURIAM.


          Affirmed.  See Clark v. State, 790 So. 2d 1030 (Fla. 2001); Brinson v.

State, 851 So. 2d 815 (Fla. 2d DCA 2003); Smith v. State, 151 So. 3d 44 (Fla. 1st DCA

2014).


CASANUEVA, SILBERMAN, and ATKINSON,JJ., Concur.